UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------x
IN RE: : CASE NO 09-63377
:
   JOSEPH J. DETWEILER, : CHAPTER 11
:
: JUDGE RUSS KENDIG
         Debtor and :
         Debtor in Possession. :
---------------------------------------------------------x

## SUGGESTION OF DEATH

     Jennifer L. Lile, Esq., the executor and representative of the Estate of the Debtor, Joseph J. Detweiler, by and through the undersigned counsel, suggests on the record under Fed. R. Bankr. Pro. 1016, the death of Joseph J. Detweiler, during the pendency of this action, on September 5, 2016.

                                  Respectfully submitted,

                                  /s/ Anthony J. DeGirolamo
                                  Anthony J. DeGirolamo (0059265)
                                  3930 Fulton Drive NW, Suite 100B
                                  Canton, Ohio 44718
                                  Telephone: 330-305-9700
                                  Facsimile: 330-305-9713
                                  Email: ajdlaw@sbcglobal.net

                                  COUNSEL FOR THE
                                  REORGANIZED DEBTOR

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, a copy of the foregoing Suggestion of Death was electronically transmitted via the Court's CM/ECF system to those listed on the Court's Electronic Mail Notice list:

- Carrie M Brosius     cmbrosius@vorys.com, dmkamp@vorys.com
- Gust Callas     gcallas@bmsa.com
- Aletha M. Carver     acarver@kwgd.com, mhelmick@kwgd.com
- Kenneth R Cookson     kcookson@keglerbrown.com
- Joel K Dayton     jdayton@bmsa.com
- Anthony J DeGirolamo     ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net;sedlaw@sbcglobal.net;G23630@notify.cincompass.com
- Valerie W. Epstein     vepstein@epsteinlawfirm.net, afinney@epsteinlawfirm.net
- Scott D. Fink     ecfndoh@weltman.com
- M. Colette Colette Gibbons     Colette.Gibbons@icemiller.com, Carol.Builder@icemiller.com
- Milos Gvozdenovic     mgvozdenovic@weltman.com, ecfndoh@weltman.com
- Reginald W Jackson     rwjackson@vorys.com, bjtobin@vorys.com;jaakermann@vorys.com
- Patrick J Keating     pkeating@bdblaw.com, sconard@bdblaw.com
- Waymon B McLeskey     wmlaw2@ameritech.net
- Michael J. Moran     mike@gibsonmoran.com, moranecf@gmail.com
- Edward D Murray     emurray@kwgd.com, mhelmick@kwgd.com
- Matthew W. Onest     monest@kwgd.com, mhelmick@kwgd.com
- Joseph J Pasquarella     jpasquarella@kwgd.com, mhelmick@kwgd.com
- Christy A. Prince     cprince@keglerbrown.com, eoneil@keglerbrown.com
- Phillip D Schandel     pds@schandel-bergertlaw.com, p_schandel@yahoo.com
- Bruce R Schrader     bschrader@ralaw.com
- John W Solomon     jwsolomon@vorys.com, sasiciliano@vorys.com;mlteuscher@vorys.com
- Brent A. Stubbins     bstubbins@zanesville.law.pro
- Mark W. Stubbins     mstubbins@zanesville.law.pro
- Daniel R Swetnam     Daniel.Swetnam@icemiller.com, Deborah.Martin@icemiller.com
- Gregory D Swope     gswope@kwgd.com, mhelmick@kwgd.com
- Sarah A. Toops     toops@ccj.com, prentiss@ccj.com
- United States Trustee     (Registered address)@usdoj.gov
- Peter G. Tsarnas     ptsarnas@goldman-rosen.com, tsarnasp@hotmail.com;debm@goldman-rosen.com
- Peter G. Tsarnas     ptsarnas@goldman-rosen.com, tsarnasp@hotmail.com;debm@goldman-rosen.com
- Elia O. Woyt     eowoyt@vorys.com, eowoyt@vorys.com

131827

- Stephan R. Wright    swright@noogalaw.com
- Scott M Zurakowski    szurakowski@kwgd.com, mhelmick@kwgd.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

/s/ Anthony J. DeGirolamo  
Anthony J. DeGirolamo

The undersigned hereby certifies that a copy of the foregoing Suggestion of Death was served via regular U.S. Mail, postage prepaid, upon those listed below, this 16th day of September, 2016.

/s/ Anthony J. DeGirolamo  
Anthony J. DeGirolamo

Krugliak, Wilkins, Griffiths, & Dougherty  
Attn: Scott M. Zurakowski, Esq.  
P.O. Box 36963  
Canton, Ohio 44735

Recovery Management Systems Corporation  
25 S.E. 2nd Avenue, Suite 1120  
Miami, Florida 33131

The Phillips Organization  
Attn : Russ Phillips, Jr.  
3924 Cleveland Avenue NW  
Canton, Ohio 44709

131827